The Honorable Ronald B. Leighton

07-CV-05091-ORD

```
                    FILED          LODGED
                         RECEIVED

               NOV - 9 2007

             CLERK U.S. DISTRICT COURT
      WESTERN DISTRICT OF WASHINGTON AT TACOMA
    BY                              DEPUTY
```

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| ALYCIA CARMICHAEL-MILAN, | ) | NO. C07-5091RBL |
| | ) | |
| Plaintiff, | ) | JOINT MOTION AND |
| | ) | STIPULATED ORDER |
| v. | ) | VACATING TRIAL AND |
| | ) | PRETRIAL DATES PENDING |
| GWEN K. SAILER, *et al.* | ) | RULING ON DEFENDANTS' |
| | ) | QUALIFIED IMMUNITY |
| Defendants. | ) | MOTION |
| | ) | **NOTE DATE: 11/6/07** |

The parties jointly move the Court to vacate the trial date and all pretrial dates

pending a ruling on Defendants' motion for summary judgment.  The basis for this

motion is that no discovery has occurred in this case since July 11, 2007, due to the

pendency of Defendants' motion for summary judgment based upon, among other

grounds, qualified immunity.  Because qualified immunity is not only a defense to

liability but an entitlement to immunity from the demands of litigation, the United

States Supreme Court has made clear that discovery should not proceed until issues of

qualified immunity are resolved.  *E.g., Siegert v. Gilley,* 500 U.S. 225 (1991);

*Anderson v. Creighton,* 483 U.S. 635, 646 n.6 (1987); *Harlow v. Fitzgerald,* 457 U.S.

JOINT MOTION TO VACATE TRIAL AND
PRETRIAL DATES  (No. C07-5091RBL) - 1

G:\C-D\Carmichael\Pleadings\jointmotiontovacate.doc

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711

1    800, 817-18 (1982). The Court has scheduled oral argument on Defendants' motion

2    for December 21. The discovery cut-off is presently December 31, with trial set for

3    April 28, 2008.

4            This case was filed on February 26. Defendant Pearson filed a motion for

5    summary judgment based in part on qualified immunity on March 22, before the date

6    authorized under Fed. R. Civ. P. 26(d) for the initiation of discovery. The parties held

7    their Rule 26(f) conference on May 8. The Court granted defendant Pearson's motion

8    for qualified immunity on June 6 and also issued an order setting the pretrial and trial

9    dates. On July 11 the remaining defendants filed a motion for summary judgment

10   based in part upon qualified immunity. Plaintiff has served written discovery, but

11   Defendants have claimed immunity from any duty to respond while their motion for

12   summary judgment based on qualified immunity remains pending with the Court.

13

14

15           The parties therefore jointly request the Court vacate all pretrial and trial dates

16   pending resolution of Defendants' qualified immunity motion. If the Court grants

17   Defendants' motion, there would obviously be no need to schedule new pretrial and

18   trial dates. If the Court denies Defendants' motion, Defendants have a right to file an

19   interlocutory appeal with the Ninth Circuit, thus staying discovery and any trial

20   proceedings. If summary judgment is denied and Defendants do not file an

21   interlocutory appeal, the parties will submit a new Joint Status Report regarding trial

22   and pretrial dates.

23

24   ///

25   ///

26

27   JOINT MOTION TO VACATE TRIAL AND
     PRETRIAL DATES (No. C07-5091RBL) - 2

G:\C-D\Carmichael\Pleadings\jointmotiontovacate.doc

FRANK FREED
SUBIT & THOMAS LLP
SUITE 1200 HOGE BUILDING, 705 SECOND AVENUE
SEATTLE, WASHINGTON 98104-1798
(206) 682-6711

1  RESPECTFULLY SUBMITTED THIS 5th of November, 2007.

2

3                              FRANK FREED SUBIT & THOMAS LLP

4

5                              _____
                               MICHAEL C. SUBIT, WSBA #29189
6

7                              GANZ & ASSOCIATES PLLC

8

9                              _____
                               JOSEPH J. GANZ, WSBA # 3518
10                             Attorneys for Plaintiff Alycia Carmichael-Milan

11

12

13                             ROBERT McKENNA
                               Attorney General        By permission
14

15                             _____
16                             Mark Anderson, WSBA # 26352
                               Assistant Attorney General
17                             Attorneys for Defendants

18

19       It is so ordered this  9th  day of  November  2007.

20

21

22                             _____
                               Ronald B. Leighton
23                             United States District Judge

24

25

26   JOINT MOTION TO VACATE TRIAL AND
27   PRETRIAL DATES  (No. C07-5091RBL) - 3

G:\C-D\Carmichael\Pleadings\jointmotiontovacate.doc

FRANK FREED
SUBIT & THOMAS LLP
SUITE 1200 HOGE BUILDING, 705 SECOND AVENUE
SEATTLE, WASHINGTON 98104-1798
(206) 682-6711