07-CV-05091-JGM



The Honorable Ronald B. Leighton

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| ALYCIA CARMICHAEL-MILAN,<br><br>                Plaintiff,<br><br>v.<br><br>BATES TECHNICAL COLLEGE, an agency of the State of Washington, GWEN K. SAILER, in her personal and official capacities, and DAVID B. BOROFSKY, in his personal and official capacities,<br><br>                Defendants. | NO. C07-5091RBL<br><br>STIPULATION AND ORDER OF JUDGMENT |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, ALYCIA CARMICHAEL-MILAN, acting by and through her attorneys, Michael C. Subit and Joseph J. Ganz, and the Defendants, acting by and through Robert M. McKenna, Attorney General, and Mark A. Anderson, Assistant Attorney General, that the court may enter judgment against Bates Technical College, an agency of the State of Washington, in the amount of One Hundred Five Thousand and no/100 Dollars ($105,000), in full resolution of plaintiff's claims, inclusive of costs and attorney's fees.

STIPULATION AND ORDER OF JUDGMENT –
NO. C07-5091RBL

1

ORIGINAL

ATTORNEY GENERAL OF WASHINGTON
Torts Division
1019 Pacific Ave., 3rd Floor
P O Box 2317
Tacoma WA 98401-2317
(253) 593-5243

DATED this ___ day of March, 2008.

ROBERT M. MCKENNA
Attorney General

MARK A. ANDERSON, WSBA # 26352
Assistant Attorney General
Attorneys for Defendants

MICHAEL C. SUBIT, WSBA # 29189
JOSEPH J. GANZ, WSBA # 3318
Attorneys for Plaintiff

## JUDGMENT

BASED ON THE FOREGOING STIPULATION, judgment is hereby entered against Bates Technical College, an agency of the STATE OF WASHINGTON, in the amount of One Hundred Five Thousand and no/100 Dollars ($105,000), thereby resolving all claims brought in this action. Neither party shall recover costs or attorney's fees.

DATED this 24th day of March, 2008.

JUDGE RONALD B. LEIGHTON

Presented by:

ROBERT M. MCKENNA
Attorney General

MARK A. ANDERSON, WSBA # 26352
Assistant Attorney General
Attorneys for Defendants

Approved as to Form and
Notice of Presentation Waived:

MICHAEL C. SUBIT, WSBA # 29189
JOSEPH J. GANZ, WSBA # 3318
Attorneys for Plaintiff

STIPULATION AND ORDER OF JUDGMENT –
NO. C07-5091RBL

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
1019 Pacific Ave., 3rd Floor
P O Box 2317
Tacoma WA 98401-2317
(253) 593-5243